**ANTONYAN LAW, APC**
Gor Antonyan, Esq. (354718)
gor@antonyanlaw.org
2600 West Olive Ave, 5th Floor
Burbank, CA 91505
Telephone: (949) 414-4303
Facsimile: (855) 646-7227

*Attorneys for Plaintiff,*
Ricardo Herrera

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO HERRERA,**<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC., EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC.**<br><br>Defendants. | **Case No.:** 1:26-cv-00218-KES-CDB<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY VIA TELEPHONE OR VIDEO CONFERENCE** |

//
//
//
//
//
//
//
//
//
//

- 1 -

Plaintiff Ricardo Herrera ("Plaintiff"), by and through undersigned counsel, respectfully requests the Court's permission to appear by telephone, or alternatively by Zoom, at the Motion to Dismiss Hearing set for April 20, 2026 at 01:30 p.m. before the Honorable Kirk E. Sherriff (the "Hearing"). Alternatively, if the Court is disinclined to grant a remote appearance, Plaintiff respectfully requests that the Hearing be adjourned to a later date convenient for the Court. In support thereof, Plaintiff states as follows:

1. Undersigned counsel for Plaintiff requests to appear remotely due to a recent arm injury, which significantly limits counsel's ability to travel and manage the physical demands associated with an in-person appearance.

2. Plaintiff's counsel maintains his office in Los Angeles, California. Given the nature of the injury, even travel by car presents difficulty and discomfort, particularly over extended periods. Travel by air would present additional challenges, including the need to carry luggage and navigate airports, further exacerbating the injury.

3. As a result, requiring in-person attendance would impose an undue hardship on Plaintiff's counsel at this time.

4. Plaintiff acknowledges that the Court's Standing Order generally requires requests for remote appearances to be made at least one week in advance of the scheduled hearing. However, this request is made on an emergency basis. At the time such a request would have ordinarily been due, Plaintiff's counsel was unaware of the severity of the arm injury, the extent to which it would impact counsel's ability to travel, or the potential need for ongoing treatment. Accordingly, Plaintiff respectfully requests that the Court excuse any untimeliness in light of these unforeseen circumstances.

5. Plaintiff submits that the Hearing can proceed efficiently and without disruption with counsel appearing remotely, as has been routinely permitted in similar circumstances.

PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY VIA TELEPHONE OR VIDEO CONFERENCE

6. Allowing a remote appearance will not prejudice any party nor interfere with the Court's management of the Hearing. Alternatively, if the Court prefers, Plaintiff respectfully requests a brief continuance to allow counsel time to recover sufficiently to appear in person.

7. Counsel for Plaintiff will be available before and after the Conference at (818) 318-2025 or gor@antonyanlaw.org.

Dated: April 16, 2026                    Respectfully submitted,

                                         **ANTONYAN LAW, APC**

                                         By:_____

                                         GOR ANTONYAN, ESQ.
                                         ATTORNEY FOR PLAINTIFF

- 3 -

PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY VIA TELEPHONE OR VIDEO CONFERENCE